UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01277-JLS-ACCV                                    Date: March 25, 2026
Title:  Gevorg Azatovic Ovsepyan v. Pamela Bondi et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|          Kelly Davis          |          N/A          |
|:-----------------------------:|:---------------------:|
| Deputy Clerk                  | Court Reporter        |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 5)**

Before the Court is an Application for Temporary Restraining Order ("TRO") filed by Petitioner Gevorg Azatovic Ovsepyan.  (App., Doc. 5; Mem. for App., Doc. 5-1.) Petitioner is currently in Immigration and Customs Enforcement ("ICE") detention in Adelanto, California.  (Mem. for App. at 5–6.)  Petitioner entered the United States from the former Soviet Union in 1991.  (*Id.*)  He was ordered removed in 2001, and released from custody subject to an Order of Supervision.  (*Id.*)

On March 3, 2026, Petitioner appeared at an ICE check-in, where he was arrested and detained.  (*Id.*)  Petitioner filed the instant TRO Application on March 20, 2026, seeking his immediate release from custody.  (App.)  Petitioner argues that his detention violates his due process rights, and that his Order of Supervision was unlawfully revoked. (*See* Mem. for App.)  Petitioner further provides that he is suffering irreparable harm due to his continued detention, and that granting a TRO to prevent the violation of his constitutional rights far outweighs the government's interest in his detention.  (*Id.*)

The Court ordered Respondents to respond no later than March 25, 2026.  (Order Setting Briefing Schedule, Doc. 6.)  On March 25, 2026, Respondents filed a response, which stated, "Petitioner [seeks] an order requiring Respondents to release Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01277-JLS-ACCV                          Date: March 25, 2026
Title:  Gevorg Azatovic Ovsepyan v. Pamela Bondi et al

from immigration detention. . . .  Respondents are not presenting an opposition argument." (Response, Doc. 8.)  The Court therefore concludes that Petitioner is entitled to an order requiring his immediate release from custody.[1]

For the above reasons, Petitioner's Motion is GRANTED.

- Respondent is ORDERED to release Petitioner forthwith, subject to the same conditions that were in effect before his re-detention.

- Respondent is temporarily ENJOINED from re-detaining Petitioner without notice of the reasons for the re-detention and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

- This Order shall remain in effect through April 8, 2026, unless the Court extends this period, before that date, and for good cause.  Fed. R. Civ. P. 65(b)(2).  If Respondents wish to further brief the matter, they may file a further response no later than **March 27, 2026**.  Petitioner may reply no later than **April 1, 2026**.  The Court shall hold a hearing on **April 3, 2026 at 10:30 a.m.** as to why a preliminary injunction should not issue.[2]

Initials of Deputy Clerk: kd

---

[1] The Court further concludes that no security is required under Federal Rule of Civil Procedure 65(c).

[2] The parties may seek to extend these deadlines by stipulation.