# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GEVORG AZATOVIC OVSEPYAN, | Case No. 5:26-cv-01277-JLS-ACCV |
| Petitioner, | |
| v. | **ORDER GRANTING THE PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241:

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action shall be granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Petitioner's Preliminary Injunction granted by the Court (Dkt. No. 10) on March 25, 2026.

IT IS SO ORDERED.

DATED: April 27, 2026

_____
HON. JOSEPHINE L. STATON
United States District Judge